IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE WILSON<br>c/o 1050 17th St., N.W., Ste. 400,<br>Washington, D.C. 20036 | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 1:17-cv-00366 |
| v. | )<br>) |
| STUART S. DYE AND<br>ASSOCIATES, PLLC<br>1150 Connecticut Ave., N.W.,<br>Ste. 350,<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>) |
| Serve: Corporation Service Co.<br>1090 Vermont Ave., N.W.,<br>Washington, D.C. 20005 | )<br>)<br>) |
| and | ) |
| STUART DYE<br>1150 Connecticut Ave., N.W.,<br>Ste. 350,<br>Washington, D.C. 20036 | )<br>)<br>)<br>) |
| Defendant. | ) |

**NOTICE OF ERRATA REGARDING
CORRECTION TO PLAINTIFF'S COMPLAINT**

Plaintiff hereby submits a Notice of Errata for her Complaint filed February 28, 2017.

Plaintiff completed the filing with requisite forms but it appears that the documents were not properly uploaded and docketed.

Plaintiff submits the corrected Complaint with accompanying forms.

1

Dated: February 28, 2017                    Respectfully submitted,

                                            Alan Lescht and Associates, P.C.

                                            By: /s/
                                                Alan Lescht [Bar #441691]
                                                1050 17th Street, N.W., Suite 400
                                                Washington, D.C. 20036
                                                Tel: (202) 463-6036
                                                Fax: (202) 463-6067
                                                Alan.lescht@leschtlaw.com
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2017, I served the foregoing document by ECF on all parties of record.

                                            /s/
                                            Alan Lescht